## ANDREWS v. STATE.

### No. 19793.

Court of Criminal Appeals of Texas.

May 25, 1938.

Eddie Roark, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for driving an automobile upon the public highway while under the influence of intoxicating liquor; penalty assessed at a fine of $50.00 and confinement in the county jail for five days.

The record before us contains neither a statement of facts nor bills of exception. The indictment seems to be in proper form. All matters of procedure appearing regular, the judgment will be affirmed.